KASSRA P. NASSIRI (SBN 215405)
knassiri@nassiri-jung.com
CHARLES H. JUNG (SBN 217909)
cjung@nassiri-jung.com
ANDREW R. KISLIK (SBN 118772)
akislik@nassiri-jung.com
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, California  94108
Telephone:     (415) 373-5699
Facsimile:     (415) 534-3200

Attorneys for Plaintiff
DAVID MORGENTSTEIN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DAVID MORGENSTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T Mobility LLC, a Delaware corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  CV 09-3173  SBA<br><br>CLASS ACTION  FILED 6/11/09<br><br>**PLAINTIFF'S RENEWED MOTION PURSUANT TO CIVIL L.R. 7-11 TO STRIKE DEFENDANT'S AMENDED REPLY BRIEF IN SUPPORT OF ITS MOTION TO STAY THIS ACTION PENDING THE DETERMINATION OF TWO APPEALS OR UNTIL THE COURT HAS RULED UPON AN AS-YET UNFILED MOTION**<br><br>**Hon. Saundra B. Armstrong** |

Pursuant to Civil L.R. 7-11, Plaintiff hereby renews its motion to strike both Defendant AT&T Mobility LLC's Reply in Support of Its Administrative Motion to Stay (Document 19), and its Amended Reply (Document 23).  Defendant AT&T Mobility LLC ("AT&T") again misuses the Civil L.R. 7-11 administrative motion process, and it cites inaccurate facts.

No reply is permitted for administrative motions pursuant to Civil L.R. 7-11.  See Omoregie v. Boardwalk Auto Center, Inc., No. C 07-3884 PJH, 2008 WL 4792643 (N.D. Cal. Oct. 31, 2008) (Hamilton, J.), Slip Op. at *1 ("Plaintiff's objection to defendant's opposition is in essence a reply

brief, which is not permitted by Civil Local Rule 7-11, the route plaintiff chose by which to proceed."); Intagio Corporation v. Tiger Oak Publications, Inc., No. C 06-3592 PJH, 2007 WL 2990096 (N.D. Cal. Oct. 11, 2007) (Hamilton, J.), Slip Op. at *1 ("Defendant's reply brief filed in support of its administrative motion is also STRICKEN for failure to comply with Civil Local Rule 7-11 (b, c) (authorizing the filing of an opposition brief only)"); Universal Trading & Investment Company v. Kiritchenko, No. C 99-3073 MMC, 2006 WL 515625 (N.D. Cal. Feb. 28, 2006) (Chesney, J.), Slip Op. at *1 ("Pursuant to Civil Local Rule 7-11, no reply has been filed.").

Furthermore, AT&T presents inaccurate assertions in its improper reply briefs. Each of the material circumstances presented to this Court in Stiener v. Apple Computer, Inc., 556 F. Supp. 2d 1016 (N.D. Cal. 2008) were quite different. In Stiener (Docket No. 44 in that case), this Court faced an *unopposed* motion to stay. And in that case, unlike the present motion to stay, the Court by the time of decision was *not* facing a hypothetical motion to compel arbitration. AT&T had already filed its motion to compel.

For the foregoing reasons, Plaintiff respectfully requests that AT&T's Reply and Amended Reply be stricken.

Dated: September 5, 2009               Respectfully submitted,

                                       NASSIRI & JUNG LLP


                                            /s/ Charles H. Jung
                                             Charles H. Jung
                                            Attorneys for Plaintiff