1  MAYER BROWN LLP
   DONALD M. FALK (SBN 150256)
2  dfalk@mayerbrown.com
   RENA CHNG (SBN 209665)
3  rchng@mayerbrown.com
   J. JOANN LIAO (SBN 227329)
4  jliao@mayerbrown.com
   Two Palo Alto Square, Suite 300
5  3000 El Camino Real
   Palo Alto, CA  94306-2112
6  Telephone:    (650) 331-2000
   Facsimile:    (650) 331-2060
7
   JOHN NADOLENCO (SBN 181128)
8  jnadolenco@mayerbrown.com
   350 South Grand Avenue, 25th Floor
9  Los Angeles, CA  90071-1503
   Telephone:    (213) 229-9500
10 Facsimile:    (213) 625-0248

11 Attorneys for Defendant
   AT&T MOBILITY LLC
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    OAKLAND DIVISION

16 DAVID MORGENSTEIN, individually and on      Case No. CV 09-3173 SBA
   behalf of all others similarly situated.
17
18                    Plaintiff,

19       v.                                     STIPULATION AND
                                                [PROPOSED] ORDER
20 AT&T MOBILITY LLC, a Delaware                SELECTING ADR PROCESS
   corporation, and DOES 1 – 50, inclusive.
21
                      Defendant.
22

23       Counsel report that they have met and conferred regarding ADR and have reached the

24 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

25       The parties agree to participate in the following ADR process:

26 **Court Processes:**

27       Mediation (ADR L.R. 6)

28       *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*

*appreciably more likely to meet their needs than any other form of ADR, must participate in an*

*ADR phone conference and may not file this form. They must instead file a Notice of Need for*

*ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

Mediation

The parties agree to hold the ADR session by:

the presumptive deadline *(The deadline is 90 days from the date of the order*

*referring the case to an ADR process unless otherwise ordered. )*

Dated: October 30, 2009                                 Nassiri & Jung LLP,


By:  _/s/ Kassra P. Nassiri_____
        Kassra P. Nassiri

*Attorneys for Plaintiff David Morgenstein*


Dated: October 30, 2009                                 Mayer Brown LLP,


By:  _/s/ John Nadolenco_____
        John Nadolenco

*Attorneys for Defendant AT&T Mobility LLC*


Pursuant to General Order No. 45, Section X(B), I hereby attest that Kassra P. Nassiri and John

Nadolenco concur in the filing of this document.

        ___/s/ J. Joann Liao_____
                J. Joann Liao

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO. CV 09-3173 SBA

1

**[PROPOSED] ORDER**

2

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

3

Mediation

4

Deadline for ADR session:

5

90 days from the date of this order.

6

7

IT IS SO ORDERED.

8

9

Dated: 11/3/09 _____                              _____
                                                                        The Hon. Saundra Brown Armstrong
10                                                                      United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2