UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID MORGENSTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC, a Delaware corporation, and DOES 1-50, inclusive<br><br>Defendant. | Case No: C 09-03173 SBA<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT AND GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO STRIKE PORTIONS OF DEFENDANT AT&T MOBILITY'S ANSWER TO THE COMPLAINT**<br><br>[Docket Nos. 7, 10] |

The parties appeared before the Court on December 8, 2009, for Plaintiff's Motion to Remand Action to State Court and Plaintiff's Motion to Strike Portions of Defendant AT&T Mobility's Answer to the Complaint. Having reviewed the papers submitted, considered the arguments of counsel, and for the reasons stated on the record,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion to Remand Action to State Court is DENIED.

2. Plaintiff's Motion to Strike Portions of Defendant AT&T Mobility's Answer to the Complaint is GRANTED in part and DENIED in part as follows:

    a. Plaintiff's motion to strike Defendant's general denial is GRANTED. Defendant shall, if it has not already done so, file an amended complaint within 5 days of this order that conforms with FRCP 8(b)(3); and

    b. Plaintiff's motion to strike Defendant's affirmative defenses is DENIED.

IT IS SO ORDERED.

Dated:_12/22/09                                              _____
                                                             Hon. Saundra Brown Armstrong
                                                             United States District Judge