UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID MORGENSTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC, a Delaware corporation, and DOES 1-50, inclusive<br><br>Defendant. | Case No: C 09-03173 SBA<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT AND GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO STRIKE PORTIONS OF DEFENDANT AT&T MOBILITY'S ANSWER TO THE COMPLAINT**<br><br>[Docket Nos. 7, 10] |

The parties appeared before the Court on December 8, 2009, for Plaintiff's Motion to Remand Action to State Court and Plaintiff's Motion to Strike Portions of Defendant AT&T Mobility's Answer to the Complaint. Having reviewed the papers submitted, considered the arguments of counsel, and for the reasons stated on the record,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion to Remand Action to State Court is DENIED.

2. Plaintiff's Motion to Strike Portions of Defendant AT&T Mobility's Answer to the Complaint is GRANTED in part and DENIED in part as follows:

    a. Plaintiff's motion to strike Defendant's general denial is GRANTED. Defendant shall, if it has not already done so, file an amended answer on or before January 15, 2010, that conforms with FRCP 8(b)(3); and

    b. Plaintiff's motion to strike Defendant's affirmative defenses is DENIED.

IT IS SO ORDERED.

Dated: 12/29/09

_Saundra B Armstrong_
Hon. Saundra Brown Armstrong
United States District Judge